UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-86-2-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| NATHANIEL GOODSON | |

This matter is before the Court on Defendant Nathaniel Goodson's Motion to Seal the pleading filed on 5 April 2017 at D.E. #67. For good cause shown, it is ordered that Defendant's Motion to Seal is ALLOWED.

This the __7__ day of __April__, 2017.

_____
HONORABLE TERRENCE BOYLE
U.S. DISTRICT JUDGE