IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-cr-00086-BO-2

FILED IN OPEN COURT
ON 4/12/2017
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| NATHANIEL GOODSON | : |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement by the defendant, Nathaniel Goodson, on November 9, 2016, the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit:

a.  A black and silver SCCY 9mm, Model CPX-1, pistol bearing the serial number 021747;

b.  A black and brown Herrington & Richardson, Model 88, shotgun, bearing the serial number AT358637;

c.  A black and brown Stevens 12 gauge shotgun, Model 94H, bearing the serial number P186131; and

d.  Various 9mm and 12 gauge ammunition; and

WHEREAS, by virtue of said Memorandum of Plea Agreement and the defendant's agreement therein, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1

1. That based upon the Memorandum of Plea Agreement as to the defendant, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 12 day of April, 2017.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge